# United States District Court
## For The Western District of North Carolina
## Statesville Division

FLOYD JUNIOR POWELL,

    Plaintiff(s),

vs.

TONY A. KELLER, ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV4

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2009, Order.

Signed: January 13, 2009

Frank G. Johns, Clerk
United States District Court